UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Bankr. Case No. 18-41155-MAR-7

Cora V. Randolph  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

In re:                                                       Bankr. Case No. 18-41155-MAR-7

Cora V. Randolph                                   Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 26, 2018 :

    David Ross Ienna                                GENE R KOHUT
    23400 Michigan Ave.                         17000 KERCHEVAL AVENUE SUITE 210
    Suite 110A                                        GROSSE POINTE, MI 48230
    Dearborn, MI 48124

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx14354 / 948148

GM Financial
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com